Jermel Anthony COLEMAN,
Petitioner—Appellant,

v.

UNITED STATES of America,
Respondent—Appellee.

No. 05–6783.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Dec. 30, 2005.

Jermel Anthony Coleman, Appellant Pro Se. William Frederick Gould, Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jermel Coleman appeals the district court's orders denying his motion filed under 18 U.S.C. § 3582(c) (2000) and motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Coleman v. United States,* Nos. CR–02–69–JHM; CA–05–125–JHM–MFU (W.D.Va., filed Apr. 20 & entered Apr. 21, 2005; filed May 9 & entered May 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*